

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

SHARON K. MYERS, )
       Plaintiff, )
v. ) Case No. CJ-2014-03917
 )
SARA J. MORRISON, )
       Defendant. )



DISTRICT COURT
FILED
OCT 15 2014
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**PETITION**

COMES NOW Plaintiff, Sharon K. Myers, by and through her attorney of record, Hugh M. Robert, of the law firm of SHERWOOD, McCORMICK & ROBERT, and, for her cause of action against the Defendant, Sara J. Morrison, states, alleges, and claims as follows:

1. Plaintiff, Sharon K. Myers, is a resident of Tulsa County, Oklahoma.

2. Defendant, Sara J. Morrison, is a resident of Tulsa County, Oklahoma.

3. That all acts and occurrences complained of herein occurred in Tulsa, Tulsa County, Oklahoma.

4. On or about March 14, 2013, Plaintiff was southbound on Sheridan in the inside lane. She had stopped at a red traffic signal when she was struck in the rear by Defendant.

5. Defendant was negligent by and issued a citation for failure to stop.

6. As a direct result of Defendant's negligence, Plaintiff suffered severe permanent physical injuries, severe physical pain and suffering, past and future medical and related expenses, reduction in quality of life, and permanent physical disfigurement.

7. As a direct result of Defendant's negligence, Plaintiff has incurred property damage.

8. Pursuant to 12 O.S. § 940, Plaintiff is also entitled to an Order of this Court for attorney's fees and expenses incurred.

EXHIBIT 3

WHEREFORE, Plaintiff prays for judgment against the Defendant, Sara J. Morrison, in an amount in excess of $75,000, together with attorneys' fees, costs and interest herein, and for such other damages as the Court deems appropriate in the circumstances.

Respectfully submitted,

SHERWOOD, McCORMICK & ROBERT

_____
Hugh M. Robert, OBA #22441
Bank of America Center
15 W. 6th St., Ste. 2112
Tulsa, OK  74119
(918) 592-1144
(918) 592-1149 (Fax)

*Attorneys for Plaintiff*, Sharon K. Myers