IN THE UNITED STATES DISTRICT COURT
FOR THR NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SHARON K. MYERS, | ) | |
|         Plaintiff, | ) | |
| v. | ) | Case No. 14 – CV – 684 - JED – PJC |
| | ) | |
| (2) STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, a foreign corporation, | ) | |
|         Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, and dismisses with prejudice all claims herein against Defendant, State Farm Mutual Automobile Insurance Company, a Foreign Corporation.

Respectfully submitted,

  s/Hugh M. Robert
Hugh M. Robert, OBA #22441
Bank of America Center
15 W. 6th St., Ste. 2112
Tulsa, OK 74119
(918) 592-1144
(918) 592-1149 (Facsimile)
***Attorney for Plaintiff***

-AND-

s/Andrew G. Wakeman
John S. Gladd, OBA #12307
Andrew G. Wakeman, OBA #21393
525 S. Main Street, Suite 1500
Tulsa, Oklahoma 74103
Telephone: 918-582-8877
Facsimile: 918-585-8096
***Attorney for Defendants***

1